UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ILLYA BOND, | ) | |
| Petitioner, | ) | No. CV 10-7922-GAF (AJW) |
| vs. | ) | |
| MICHAEL L. BENOV, Warden, | ) | JUDGMENT |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 5/24/11

Gary A. Feess
United States District Judge